UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICIA KENNEDY, individually

    Plaintiff,

v.                                              Case No: 2:16-cv-214-FtM-38MRM

THREE J'S L.L.P., T.T. KWAN, INC.
and LJ FT. MEYERS LLC,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on United States Magistrate Judge Mac R. McCoy's Report and Recommendation. (Doc. 63). Judge McCoy recommends that Plaintiff's Verified Motion for Attorney's Fees, Costs, Expert Witness Fees, and Litigation Expenses (Doc. 59) be granted in part and denied in part. The parties have not objected to the Report and Recommendation, and the time to do so has elapsed. This matter is ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. *See* 28 U.S.C. § 636(b)(1); *see also Williams v. Wainwright,* 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. *See Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After conducting an independent examination of the file and on consideration of Judge McCoy's findings and recommendation, the Court accepts the Report and Recommendation.

Accordingly, it is now **ORDERED:**

(1) The Report and Recommendation (Doc. 63) is **ACCEPTED and ADOPTED** and the findings incorporated herein.

(2) Plaintiff Patricia Kennedy's Verified Motion for Attorney's Fees, Costs, Expert Witness Fees, and Litigation Expenses (Doc. 59) is **GRANTED in part and DENIED in part.**

(3) Plaintiff is awarded:

   a. Attorney's fees totaling $20,010.00,

   b. Paralegal fees totaling $399.00, and

   c. Expert fees, costs, and litigation expenses totaling $3,210.00.

(4) The Clerk of Court is **DIRECTED** to file an Amended Judgment that includes the amounts above and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 22nd day of February, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record